IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERAN M. FORD**                                                                  **PLAINTIFF**

**v.**                          **CASE NO. 4:23-CV-00064-BSM**

**SOUTHEAST ARKANSAS ECONOMIC**
**DEVELOPMENT DISTRICT, INC.**                              **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of November, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE